# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHERINE RODRIGUEZ, individually and on behalf of all others similarly situated, § § § § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. 4:21-cv-00885-P | |
| § | | |
| DEBT RECOVERY SOLUTIONS, LLC and CASCADE CAPITAL, LLC, § § § | | |
| Defendants. § | | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing this case (ECF No. 5):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice.**

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **11th day** of **August, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE